KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax: (510)637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-06-00182 WHA |
|    Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE FROM MARCH 28, 2006 |
|    v. ) | THROUGH APRIL 4, 2006, SETTING |
| ) | INITIAL APPEARANCE, AND |
| ROY MCKENNA, ) | EXCLUDING TIME FROM THE SPEEDY |
| ) | TRIAL ACT CALCULATION (18 U.S.C. § |
|    Defendant. ) | 3161(h)(8)(A)) |
| ) | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of April 4, 2006 at 9:30A.M. before the duty magistrate judge, scheduling defendant's initial appearance before the Honorable William H. Alsup on April 4, 2006 at 2:00 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 28, 2006 through April 4, 2006.  The parties agree, and the Court finds and holds, as follows:

      1. The defendant has been arrested on a complaint, has been released on a bond, and was indicted on March 22, 2006.

      2. Defense counsel had not been retained at the time that the March 28, 2006 arraignment date was set and has a scheduling conflict on that date.  Defendant has requested discovery, which the government is in the process of preparing.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and for effective preparation, taking into account the exercise of due diligence.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest.

5. In light of these facts, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from March 28, 2006 through April 4, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on April 4, 2006, at 9:30A.M., (2) sets an initial appearance before the Honorable William H. Alsup on April 4, 2006 at 2:00 p.m., and (3) orders that the period from March 28, 2006 through April 4, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED   March 24, 2006             /s/
                                   NANCI CLARENCE
                                   Counsel for Defendant Roy McKenna


DATED: March 24, 2006              /s/
                                   MICHELLE MORGAN-KELLY
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 27, 2006              BERNARD ZIMMERMAN
                                   United States Magistrate Judge